UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIA D. CLIFTON-DRAPER, et al.,

    Plaintiffs,

v.                                      CASE NO: 8:10-cv-822-T-23AEP

PELAM INTERNATIONAL, LTD, et al.,

    Defendants.
_____/

## **ORDER**

The plaintiffs' motion (Doc. 2) for a preliminary injunction is **DENIED WITHOUT PREJUDICE** to a renewed motion upon the plaintiff's promptly effecting service on each defendant. The plaintiffs' "motion for interest on damages" (Doc. 5) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(a).

ORDERED in Tampa, Florida, on April 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE